The People of the State of New York, Respondent, 
against
Courtney McDuffie, Defendant-Appellant.



In consolidated appeals, defendant appeals from two judgments of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), each rendered July 3, 2014, convicting him, upon his pleas of guilty, of two counts of disorderly conduct, and imposing sentence.




Per Curiam.
Judgments of conviction (Robert M. Mandelbaum, J.), rendered July 3, 2014, reversed, on the law, and accusatory instruments dismissed. 
As the People essentially concede, the accusatory instruments charging defendant with fraudulent accosting (see Penal Law § 165.30[1]) were jurisdictionally defective, since they failed to set forth the basis for the police officers' respective conclusions that the sports teams for which defendant was seeking donations did not exist (see generally People v Jackson, 18 NY3d 738, 746 [2012]). However, in the particular circumstances at issue and as the People request, the dismissal is without prejudice to reprosecution of the underlying offenses under new accusatory instruments (see CPL 470.20; People v Jalloh, 54 Misc 3d 130[A], 2017 NY Slip Op 50019[U] [App Term, 1st Dept 2017]; see also People v Nuccio, 78 NY2d 102, 104 [1991]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: October 05, 2017